**FILED**
January 12, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Myrna Gallegos\_\_\_\_
DEPUTY

**United States District Court**
**Western District of Texas**
**El Paso Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **EP-26-MJ-156-ATB** |
| **YORLENYS BETZABETH ZAMBRANO-CONTRERAS,** | |
| Defendant. | |

## United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant is alleged to have committed a violation of Title 8, United States Code, Section 1325(a)(1), Improper Entry by Alien.

2. The Defendant is a foreign national and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

4. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

        Respectfully submitted,

        JUSTIN R. SIMMONS
        UNITED STATES ATTORNEY

By:   *Phillip Countryman*
        Phillip Countryman
        Assistant U.S. Attorney
        Texas Bar#24094380
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884