**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO.  EP-26-MJ-00156-ATB** |
| **v.** | § | |
| | § | |
| **YORLENYS BETZABETH** | § | |
| **ZAMBRANO-CONTRERAS,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>UNITED STATES' MOTION TO DISMISS MISDEMEANOR CRIMINAL COMPLAINT</u>**

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the Original Misdemeanor Criminal Complaint, without prejudice, against Defendant **YORLENYS BETZABETH ZAMBRANO-CONTRERAS**.

DATED:  February 2, 2026

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:  *Phillip Countryman*
PHILLIP COUNTRYMAN
Assistant U.S. Attorney
Texas Bar#24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL NO.  EP-26-MJ-00156-ATB** |
| **v.** | § | |
| | § | |
| **YORLENYS BETZABETH** | § | |
| **ZAMBRANO-CONTRERAS,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING MOTION TO DISMISS MISDEMEANOR CRIMINAL COMPLAINT**

On this date came to be considered United States' Motion to Dismiss the Original Misdemeanor Criminal Complaint in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Original Misdemeanor Criminal Complaint filed on January 9, 2026, regarding Defendant, **YORLENYS BETZABETH ZAMBRANO-CONTRERAS,** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2026.

_____
HONORABLE ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE