FILED

AO 442 (Rev. 11/11) Arrest Warrant

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF TEXAS

United States of America
v.

Yorlenys Betzabeth ZAMBRANO-Contreras

)
)
)
)
)
)
)

Case No. **EP:26-M-00156-ATB**

A true copy of the original, I certify,
Clerk, U.S. District Court

By_____ _PC_
                                    Deputy

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Yorlenys Betzabeth ZAMBRANO-Contreras                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorporated by reference as Attachment A.

Date:    01/09/2026

_____
*Issuing officer's signature*

City and state:    EL PASO, TEXAS

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Warrant sworn to telephonically on
January 09, 2026    at    04:23 PM    and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Executed by____USMS____

On____1-16-2026____

In____D/OR____